UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED
JUN 20 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. **4:19CR00469 HEA/SPM** |
| v. ) | |
| ) | |
| RICARDO RUSAN, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about April 16, 2019, in the Eastern District of Missouri,

**RICARDO RUSAN,**

the defendant herein, by force and violence or by intimidation, took from the person and presence of an employee of the Commerce Bank, United States currency, belonging to and in the care, custody, control, management and possession of Commerce Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

### COUNT TWO

The Grand Jury further charges that:

On or about April 18, 2019, in the Eastern District of Missouri,

**RICARDO RUSAN,**

the defendant herein, by force and violence or by intimidation, took from the person and presence of an employee of the Bank of America, United States currency, belonging to and in the

care, custody, control, management and possession of Bank of America, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
EDWARD L. DOWD III #61909MO
Assistant United States Attorney