UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br>RICARDO RUSAN,<br><br>Defendant. | 4:21-MJ-00115-VLD<br>4:21-MJ-00116-VLD<br><br>ORDER FOR TEMPORARY<br><br>DETENTION |

Defendant believed to be Ricardo Rusan appeared before the court on July 30, 2021, for an appearance pursuant to FED. R. CRIM. P. 5(c)(3) on a 2019 indictment and a petition to revoke supervised release on a 2005 criminal case, both of which are pending in the Eastern District Missouri. The defendant appeared in person.

The Assistant Federal Public Defender was appointed to represent the defendant, but he rejected attorney representation. The United States appeared by Assistant United States Attorney.

At the hearing, the defendant was advised of the nature of the charges pending in the indictment in <u>United States v. Rusan</u>, 4:19-cr-00469 HEA SPM and of the allegations pending in the petition to revoke supervised release in 4:05-cr-0056-1 ERW. The defendant was also advised of his rights. The defendant requested an identity hearing. It is hereby

ORDERED that the defendant shall be temporarily detained in the custody of the United States Marshals Service until his identity hearing is held.

DATED this 30th day of July, 2021.

BY THE COURT:

*Veronica L. Duffy*
VERONICA L. DUFFY
United States Magistrate Judge