RECEIVED
AUG 19 2021
BY MAIL

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

4:19CR00469-HEA/SPM
Cause No. 4:SSCR00056-1 ERW

| | | |
|---|---|---|
| In the interest of the Public | * | |
| In the matter of: | * | directly/indirectly associated |
| | * | minor |
| In re: rusan el, | * | |
| (real party of interest) (sus personum) | * | Special Deposits |
| | * | |
| RICARDO LA MONT RUSAN, infant/minor | * | "By Special Appearance |
| Plaintiff/Defendant, | * | And Reserving All Rights |
| v. | * | UCC-1 §305 |
| PEOPLE OF THE STATE OF MISSOURI, | * | "Expressing The Trust" |
| UNITED STATES OF AMERICA, et al | * | |
| Respondent/ | * | |

DISCOVERY RULE 16. Rule 6.(E)(i)(ii)
Pursuant To Federal Rules Of Criminal Procedure 16.

Now Comes, Undersigned, "Pursuant to Federal Rules of Criminal Procedure 16. and local Rule: 16.1 and all other applicable rules and statues, for the government to disclose immediately any previously undisclosed information material to the issues, of [Plaintiff/Defendant] guilt, innocence, or sentencing."

In Personam. In Propria persona Sui Juris, Attorney-in-fact discovery must be produced to him personally. Plaintiff/ Defendant is not a party to the stipulated discovery order in Criminal/Commercial/case/cause.

So the Respondent's/government's obligation/ Performance to produce Plaintiff/Defendant with information required by Brady and Giglio. See: United States v. Hayes, (N.D. Iowa 2016).

The government must provide Plaintiff/Defendant with all information pursuant to the Courts order above and pursuant to Rule 16. of the Federal Rule of Criminal Procedure. This means that the government must provide directly to Plaintiff/Defendant, or make accessible, to him, or elsewhere, all information required under Rule 16. and provide Plaintiff/Defendant with Certified copies of certain documents such as Grand Jury Indictments, if such documents exist.

Wherefore,

The undersigned has/is acting in the best of the interest of the Plaintiff/Defendant and moves this Court for such an order as the undersigned is the Donor Beneficiary of the Constructive trust named herein RICARDO LAMONT RUSAN, and is exercising all rights under the submitted "Bill of Complaint in Equity presentment Void Jurisdiction" And exercise the Power of Appointment Act 1951 under 2038, 2038 and 2514 of Title 26. Appointing Judge E. Ricards Webber to the position of trustee. to settle and close the matter. In question.

The undersigned say it not.

By: _____
Authorize Representative

CC:
Prosecutor
Moorish National Consulate Note
Justice Department Attorney General

## Proof of Serves

The undersigned Affirm that this document was mail to the Eastern District of Missouri Thomas c Eastion built 111 S. 10th street on August 11, 2021. And affirm that the above is true, Correct, and complete to the best of the undersigned's Knowledge and belief, and made under penalties of perjury as it show/explain the Circumstances on this date: August 11, 2021                    Without Recours

By: Susan e/
Authorize Representive

By:

Ricardo la mont nusan / Trust
GRADY COUNTY LAW ENFORCEMENT CENTER
215. W. 3rd St. / PO Box 1748
Chickasha, OK 73018

OKLAHOMA CITY OK 730
16 AUG 2021 PM 6 L

FOREVER USA
Barn Swallow

This correspondence is from an inmate at Grady County Law Enforcement Center. GCLEC is not responsible for content

"Legal Mail"

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
Thomas F. Eagleton Building
111 S. 10th Street
St. Louis, MO 63102

RECEIVED
AUG 19 2021
BY MAIL