UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19CR469 HEA |
| ) | |
| RICARDO RUSAN, ) | |
| ) | |
| Defendant. ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on the Reports and Recommendations of Magistrate Judge Shirley Padmore Mensah addressing Defendant's Motion for Dismissal, Default Judgment and Declaratory Judgment, [Doc. No. 71], and Motion to Dismiss the Indictment [Doc. No. 64]. In her November 10, 2022 Report and Recommendation, Judge Mensah recommended that Defendant's Motions be denied. No objections to the recommendation have been filed.

Judge Mensah thoroughly analyzes the law and facts in this matter  Her recommendation is based on sound legal authority and detailed analysis. Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Dismissal, Default Judgment and Declaratory Judgment, [Doc. No. 71], and Motion to Dismiss the Indictment [Doc. No. 64], are **denied.**

Dated this 30th day of November, 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE